FILED
OCT 22 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> QUENTIN R. JONES, ) <br> ) <br> Defendant. ) <br> ) | Case No. 14-30182-NJR <br><br> Title 18, United States Code, <br> Section 641 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Theft of Government Funds)

Beginning on or about September 28, 2006, and continuing until on or about February 14, 2014, in Madison County, which is within the Southern District of Illinois,

**QUENTIN R. JONES**

defendant herein, did knowingly steal, purloin, and convert to said defendant's use, property of the United States and a department and agency thereof to which the defendant was not entitled, in that, the defendant, using a debit card, knowingly withdrew funds of the United States, electronically deposited by the Social Security Administration into an account for the defendant's father, C.J., deceased, with the intent to convert the funds to the defendant's own use, having a

value of $119,119.00.

All in violation of Title 18, United States Code, Section 641.



STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

JOHN C. CONSTANCE
Special Assistant United States Attorney
RANLEY R. KILLIAN
Assistant United States Attorney

Recommendation: $10,000 unsecured